UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAVID BAUMHOLZER,
                     Plaintiff,

                                                       21 civ 5352 (JGK)

           -against-

HUNTINGTON CAPITAL RESOURCES, LTD, et al.,
                     Defendants.
-------------------------------------------------------------X

## ORDER

A pre-motion conference will be held on **Tuesday, July 27, 2021, at 3:00pm.** Dial-in: 888 363-4749, with access code 8140049.

The clerk shall close docket entry 20 as a letter motion.

**SO ORDERED.**

                                                   /s/ John G. Koeltl
                                            **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         July 21, 2021

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/21