UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BAUMHOLZER,

                Plaintiff,             21 Civ. 5352 (JGK)

      - against -              ORDER

HUNTINGTON CAPITAL RESOURCES, LTD.
(F/K/A US VETERANS LIFELINE, LTD.),
VETERANS SERVICES LTD., PHILIP J.
SAGONA, LOUIS B. LICHTENFELD, PAUL
SARKIS, JADE NORTHCLIFFE PTY LTD.,
ICAT, LLC AND DENIS K. MUHILLY
                Defendant.

JOHN G. KOELTL, District Judge:

     The conference scheduled for August 10, 2021 at 2:30 pm is
canceled. The parties are directed to file the stipulation of
voluntary dismissal in an appropriate form.

SO ORDERED.
Dated:    New York, New York
        August 9, 2021

                              John G. Koeltl
                  United States District Judge